

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00349-CV

Steven Mitchell **GARY**,
Appellant

v.

Mary **ROMAN**; Gerald C. Moton, Esq.; Irene Hall, Grand Jury Foreman; and unidentified
Prosecutors of the 175th District Court,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK
OF JURISDICTION.

We **order** that no costs shall be assessed against appellant because he is indigent.

It is so **ORDERED** on August 12, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of August, 2015.

_____
Keith E. Hottle, Clerk